## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:08CR473 |
| QUIRT ALAN GLAZE, TODD CHARLES MATTHEWS and GREG WILLIAM FANTER, | ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the motion of defendant, GREG WILLIAM FANTER, for extension of time in which to file pretrial motions (Doc. 32). Upon review of the file, and for cause shown, the court finds that the motion should be granted.

**IT IS ORDERED** that the motion (Doc. 32) is granted, as follows:

1.  The deadline for filing pretrial motions is extended to **March 2, 2009** as to all defendants. The March 2, 2009 trial date is vacated. A trial date will be scheduled after March 2, 2009, or after the court's final ruling on any substantive pretrial motions.

2.  In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **January 29, 2009 and March 2, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3.  GREG WILLIAM FANTER shall file an affidavit or declaration regarding speedy trial, as required by NECrimR 12.1 and/or 12.3, and the case progression order (Doc. 19 at ¶ 9) no later than **February 6, 2009**

DATED January 30, 2009.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**