**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR473** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **QUIRT ALAN GAZE, and GREG WILLIAM FANTER,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

In accordance with the Court's previous memorandum and order (Filing No. 76),

IT IS ORDERED:

1. The Defendants' appeal from the Magistrate Judge's order (Filing No. 67) is denied; and

2. The Magistrate Judge's order denying disclosure (Filing No. 65), is affirmed.

DATED this 28th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge